IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL DOUGLAS SHEA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE | : | NO. 2:14-cv-00820 |
| | : | |

O R D E R

AND NOW, this 16th day of October, 2014, upon consideration of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. No. 16), to which no objections were filed, and upon careful and independent review of Plaintiff Paul Douglas Shea's Brief and Statement of Issues in Support of Plaintiff's Request for Judicial Review (Doc. No. 11), and Defendant's response thereto (Doc. No. 14), it is hereby ORDERED that:

1. The Report and Recommendation (Doc. No. 16) is APPROVED and ADOPTED.
2. Plaintiff's Request for Judicial Review (Doc. No. 11) is GRANTED IN PART and DENIED IN PART.
3. This matter shall be REMANDED for the taking of testimony from a medical expert.
4. The Clerk of Court is directed to mark this matter CLOSED for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.